**FILED**

January 28, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
                                   DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

CARLOS RUBEN ZUNIGA,                          §
                                              §
      **Petitioner,**                           §
                                              §
v.                                            §
                                              §
MERRICK GARLAND, U.S. Attorney                §    **NO. SA-24-CV-00656-OLG**
General, and MARIO ORTIZ, Director,           §
United States Citizenship and                 §
Immigration Service District,                 §
                                              §
      **Respondents.**                          §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed January 5, 2026, concerning the status of this case, in which pro se Petitioner Carlos Ruben Zuniga seeks a writ of mandamus. (*See* R&R, Dkt. No. 24.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on January 5, 2026, and received on January 9, 2026. (*See* Dkt. Nos. 25, 26).

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 24) and, for the reasons set forth therein, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with a court order. FED. R. CIV. P. 41(b).

Any pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on January _____ 28 _____, 2026.

ORLANDO L. GARCIA
United States District Judge